MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
GINA MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
Tele:  (702) 362-6666
Fax:   (702) 362-2203
Email: mkravitz@ksjattorneys.com
Email: gmushmeche@ksjattorneys.com
*Attorneys for Defendant*
*Patenaude & Felix, A.P.C.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRINA ROADHOUSE; SCOTT ROADHOUSE, <br><br> Plaintiffs. <br><br> vs. <br><br> PATENAUDE & FELIX, A.P.C., <br><br> Defendant. | Case No.: 2:13-cv-00560-GMN-CWH |

### JOINT STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE AND DEADLINE FOR SUBMITTING THE PROPOSED JOINT PRETRIAL ORDER

IT IS HEREBY STIPUALTED by and between the Plaintiffs, TRINA AND SCOTT ROADHOUSE, though their attorney of record, Craig B. Friedberg, Esq. of the LAW OFFICES OF CRAIG B. FRIEDBERG and Defendant, PATENAUDE & FELIX, A.P.C. by and through its counsel of record, MARTIN J. KRAVITZ, ESQ., GINA M. MUSHMECHE, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., that the parties have stipulated to continue the settlement conference presently set for May 13, 2015 and to postpone the deadline for the Proposed Joint Pretrial Order for the following reasons:

1. Martin J. Kravitz, Esq. and Gina M. Mushmeche, Esq., recently substituted in as counsel for Patenaude & Felix, A.P.C.

2. Both Plaintiffs' counsel and Defense counsel, Martin J. Kravitz, Esq. are attending mandatory Short Trial Judge training for Clark County District Court on May 13, 2015;

///

3. Defense counsel, Gina M. Mushmeche, Esq., has a Federal trial beginning on May 19, 2015 in Reno, Nevada.

4. An individual with settlement authority on behalf of Patenaude & Felix's insurance carrier is also unavailable on May 13, 2015.

For the reasons stated above, the parties are agreeing to continue the settlement conference until June 26, 2015 and with regard to the Pretrial Order, since the settlement conference is being moved to June 26, 2015, the parties would like to postpone the deadline for the Proposed Joint Pretrial Order until July 3, 2015 to give the parties the opportunity to meet and confer in the event the case does not settle.

**IT IS SO STIPULATED.**

DATED this ____ day of April, 2015.

| LAW OFFICES OF CRAIG B. FRIEDBERG | KRAVITZ, SCHNITZER & JOHNSON CHTD. |
|---|---|
| /s/Craig B. Friedberg<br>Craig B. Friedberg Esq.<br>Nevada Bar No. 004606<br>4760 South Pecos Road. Suite 103<br>Las Vegas, NV 89121 | Martin J. Kravitz, Esq.<br>Nevada Bar No. 83<br>Gina M. Mushmeche, Esq.<br>Nevada Bar No. 10411<br>8985 S. Eastern Ave. Suite 200<br>Las Vegas, NV 89123 |

### ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to stipulation of the parties, that the settlement conference scheduled for May 13, 2015 is continued until June 26, 2015 in the chambers of Magistrate Judge C.W. Hoffman, Jr. Room 3014, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, the Proposed Joint Pretrial Order is due July 6. 2015

**IT IS SO ORDERED.**

Dated: April 28, 2015

C.W. Hoffman, Jr.
United States Magistrate Judge

Submitted by:

MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
GINA MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
Tele:  (702) 362-6666
Fax:   (702) 362-2203
Email: mkravitz@ksjattorneys.com
Email: gmushmeche@ksjattorneys.com
*Attorneys for Defendant*
*Patenaude & Felix, A.P.C.*