CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA ROADHOUSE, SCOTT ROADHOUSE,<br><br>    Plaintiffs,<br><br>vs.<br><br>PATENAUDE & FELIX, A.P.C. a foreign corporation, DOES I-V inclusive, and ROE Corporations VI-X, inclusive,<br><br>    Defendants. | CASE NO.:   2:13-cv-0560-GMN-CWH<br><br>**STIPULATION TO CONTINUE DEADLINE FOR SUBMITTING PROPOSED PRE-TRIAL ORDER**<br><br>**[Second Request]** |

   IT IS HEREBY STIPULATED by and between the Plaintiffs, TRINA AND SCOTT ROADHOUSE, though their attorney of record, Craig B. Friedberg, Esq. of the LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. and Defendant, PATENAUDE & FELIX, A.P.C. by and through its counsel of record, MARTIN J. KRAVITZ, ESQ. and GINA M. MUSHMECHE, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., that the parties have stipulated to continue the deadline for the Proposed Joint Pre-Trial Order for the following reasons:

   1.   The parties began preparation of the proposed joint pre-trial order (hereinafter "proposed PTO") last week after the court-ordered settlement conference was unsuccessful in resolving this matter. Plaintiffs' attorney experienced some problems with his computer and was unable to complete or send what was drafted to Defendant's attorney until the afternoon of July 6, 2015.

   2.   Defendant's counsel is unable to fully review, meet and confer with Plaintiffs' counsel, and revise the draft of the proposed PTO before tonight's deadline.

   3.   Rather than submitting separate proposed PTO from each party, the

1  parties respectfully request a continuation of the deadline, currently set at July 6, 2015,
2  for one week, or until July 13, 2015, so that a single, joint proposed PTO can be
3  submitted for the Court's consideration.

DATED this 6th day of July 2015.           DATED this 6th day of July 2015

Law Offices of Craig B. Friedberg, Esq.    Kravitz, Schnitzer & Johnson

/s/ *Craig Friedberg*                      /s/ *Gina Mushmeche*
CRAIG B. FRIEDBERG, ESQ.                   GINA M. MUSHMECHE, ESQ.
4760 South Pecos Road, Suite 103           MARTIN J. KRAVITZ, ESQ.
Las Vegas, NV 89121                        8985 S. Eastern Avenue, Suite 200
                                           Las Vegas, Nevada 89123
*Attorney for Plaintiff*                   *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 07/06/2015.