CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRINA ROADHOUSE, SCOTT ROADHOUSE,<br><br>          Plaintiffs,<br><br>vs.<br><br>PATENAUDE & FELIX, A.P.C. a foreign corporation, DOES I-V inclusive, and ROE Corporations VI-X, inclusive,<br><br>          Defendants. | CASE NO.:   2:13-cv-0560-GMN-CWH<br><br>**STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS' RESPONSES TO DEFENDANT'S SEVEN MOTIONS IN LIMINE [55 - 61]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the Plaintiffs, TRINA AND SCOTT ROADHOUSE, though their attorney of record, Craig B. Friedberg, Esq. of the LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. and Defendant, PATENAUDE & FELIX, A.P.C. by and through its counsel of record, MARTIN J. KRAVITZ, ESQ. and GINA M. MUSHMECHE, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., that the parties have stipulated to enlarge the time for Plaintiffs to file their responses to Defendant's seven motions in limine [55 - 61, inclusive] from October 26, 2015 to November 25, 2015.  Trial is scheduled for January 25, 2006 [54] and the enlargement

///
///
///
///
///
///
///

*Law Offices of*
**CRAIG B. FRIEDBERG, ESQ.**
4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968   TELECOPIER (702) 946-0887

1  of time is not sought to delay this litigation nor for any other improper purpose.

DATED this 16th day of October 2015.   DATED this 16th day of October 2015.

Law Offices of Craig B. Friedberg, Esq.   Kravitz, Schnitzer & Johnson

/s/ *Craig Friedberg*   /s/ *Gina Mushmeche*
CRAIG B. FRIEDBERG, ESQ.   GINA M. MUSHMECHE, ESQ.
4760 South Pecos Road, Suite 103   MARTIN J. KRAVITZ, ESQ.
Las Vegas, NV 89121   8985 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
*Attorney for Plaintiff*   *Attorneys for Defendants*

**IT IS SO ORDERED**

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: October 20, 2015