CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA ROADHOUSE, SCOTT ROADHOUSE,<br><br>          Plaintiffs,<br><br>vs.<br><br>PATENAUDE & FELIX, A.P.C. a foreign corporation, DOES I-V inclusive, and ROE Corporations VI-X, inclusive,<br><br>          Defendants. | CASE NO.:   2:13-cv-0560-GMN-CWH<br><br>**STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS' RESPONSES TO DEFENDANT'S SEVEN MOTIONS IN LIMINE [55 - 61]**<br><br>(Second Request) |

IT IS HEREBY STIPULATED by and between the Plaintiffs, TRINA AND SCOTT ROADHOUSE, though their attorney of record, Craig B. Friedberg, Esq. of the LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. and Defendant, PATENAUDE & FELIX, A.P.C. by and through its counsel of record, MARTIN J. KRAVITZ, ESQ. and GINA M. MUSHMECHE, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., that the parties have stipulated to enlarge the time for Plaintiffs to file their responses to Defendant's seven motions in limine [55 - 61, inclusive] from November 25, 2015 to December 2, 2015, due to Plaintiff's counsel's trial calendar.  Trial is scheduled for January 25, 2006 [54] and the enlargement of time is not sought to delay this

///
///
///
///
///
///

litigation nor for any other improper purpose.

DATED this 23rd day of November 2015.

Law Offices of Craig B. Friedberg, Esq.

/s/ *Craig Friedberg*
CRAIG B. FRIEDBERG, ESQ.
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121

*Attorney for Plaintiff*

DATED this 23rd day of November 2015.

Kravitz, Schnitzer & Johnson

/s/ *Gina Mushmeche*
GINA M. MUSHMECHE, ESQ.
MARTIN J. KRAVITZ, ESQ.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
CHIEF JUDGE, UNITED STATES DISTRICT COURT

DATED: November 24, 2015

- 2 -