CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA ROADHOUSE, SCOTT ROADHOUSE,<br><br>Plaintiffs,<br><br>vs.<br><br>PATENAUDE & FELIX, A.P.C. a foreign corporation, DOES I-V inclusive, and ROE Corporations VI-X, inclusive,<br><br>Defendants. | CASE NO.:   2:13-cv-0560-GMN-CWH<br><br>**STIPULATION TO CONTINUE DEADLINE FOR FILING DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR COSTS AND STATUTORY ATTORNEY'S FEES AND PLAINTIFF'S REPLY**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED by and between the Plaintiffs, TRINA AND SCOTT ROADHOUSE, though their attorney of record, Craig B. Friedberg, Esq. of the LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. and Defendant, PATENAUDE & FELIX, A.P.C. by and through its counsel of record, MARTIN J. KRAVITZ, ESQ. and GINA M. MUSHMECHE, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., that as a result of Plaintiffs inadvertently not attaching the exhibits to their motion when it was filed, and doing so via filing an errata on August 7, 2016, the parties have stipulated to enlarge the time for Defendant to file its response to the motion from August 25, 2016 to September 8, 2016 and extend the time for Plaintiffs to file their reply supporting their motion to September 19, 2016. The enlargement of time is not sought to delay this litigation nor for any other improper purpose.

DATED this 7th day of August 2016.                      DATED this 7th day of August 2016.

Law Offices of Craig B. Friedberg, Esq.                Kravitz, Schnitzer & Johnson

/s/ *Craig Friedberg*                                                  /s/ *Gina Mushmeche*
CRAIG B. FRIEDBERG, ESQ.                              GINA M. MUSHMECHE, ESQ.
4760 South Pecos Road, Suite 103                      MARTIN J. KRAVITZ, ESQ.
Las Vegas, NV 89121                                            8985 S. Eastern Avenue, Suite 200
                                                                              Las Vegas, Nevada 89123
*Attorney for Plaintiff*                                          *Attorneys for Defendants*

*Roadhouse et al. v. Paternaude & Felix, APC*
Case No.: 2:13-cv-0560-GMN-CWH

## ORDER

**IT IS HEREBY ORDERED** that Defendant's response to Plaintiffs' motion for attorney's fees and costs is due on September 8, 2016 and Plaintiff's reply is due September 19, 2016.

_____
GLORIA M. NAVARRO
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 10, 2016

*Law Offices of*
**CRAIG B. FRIEDBERG, ESQ.**
4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968   TELECOPIER (702) 946-0887

- 2 -