# UNITED STATES DISTRICT COURT

**DISTRICT OF** Nevada

TRINA ROADHOUSE,
SCOTT ROADHOUSE,

ATTORNEYS' FEES

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

PATENAUDE & FELIX, A.P.C.,

Case Number: 2:13-cv-560-GMN-CWH

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs Trina and Scott Roadhouse and against Defendant Pantenaude & Felix, A.P.C.. Plaintiffs Trina and Scott Roadhouse are awarded $83,437.50 in attorney's fees against Defendant Patenaude & Felix, A.P.C.

| 9/30/2016 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
|  | /s/ALipski |
|  | (By) Deputy Clerk |